UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.M., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07397-NW<br><br>**ORDER APPOINTING GUARDIAN AD LITEM**<br><br>Re: ECF No. 55 |

　　　　As discussed in the Court's Order granting Defendants' motions to dismiss, E.M. is minor and may only bring suit if a guardian ad litem has been appointed to represent her interests. *See* Order at 6-7, ECF No. 54; *see also* Fed. R. Civ. P. 17(c)(2). E.M. now asks the Court to appoint her mother, Elisa Schweizer, as her guardian ad litem.

　　　　While Schweizer is a plaintiff in this action, the Court finds that appointing Schweizer to the role would still ensure that E.M.'s interests are being met. *See* Mot. to Appoint Guardian ad Litem, ECF No. 55. Schweizer and E.M. also have no conflicts between their claims. *Id.* at 2. Schweizer's appointment as guardian ad litem is therefore appropriate. *See J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept. 16, 2016) ("Generally, when a minor is represented by a parent who is a party to the lawsuit and who has the

same interests as the child there is no inherent conflict of interest.") (quoting *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001)).

**IT IS SO ORDERED.**

Dated: August 1, 2025

Noël Wise
United States District Judge