UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. M., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 24-cv-07397-NW<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION AND FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(B)**<br><br>Re: ECF No. 100 |

The Court has reviewed Plaintiff's motion for leave to file motion to revise order dismissing Parents' claims or, in the alternative, motion for judgment regarding Parents' contract claims under FRCP 54(b). ECF No. 100.

Plaintiff's motion for reconsideration is DENIED. Plaintiff has failed to demonstrate that "a material difference in fact or law exists from that which was presented to the Court" before the Court's entry of the order granting Defendant's motion to dismiss. Civ. L.R. 7-9(b). Plaintiff has also failed to show the "emergence of new material facts or a change of law" that has occurred since the Court issued the order, or that there was "manifest failure by the Court to consider material facts or dispositive legal arguments" presented to the Court before it issued the order of which Plaintiff now seeks reconsideration. *Id*.

Plaintiff's motion for certification under Rule 54(b) is also DENIED. "Judgments under Rule 54(b) must be reserved for the unusual case in which the costs and risks of multiplying the number of proceedings and of overcrowding the appellate docket are outbalanced by pressing needs of the litigants for an early and separate judgment as to some claims or parties." *Morrison–Knudsen Co., Inc. v. Archer*, 655 F.2d 962, 965 (9th Cir. 1981). Additionally, "[a] similarity of legal or factual issues will weigh heavily against entry of judgment under the rule." *Id*. This is

not a case where equity or efficiency require the certification of an appeal, and the similarity of the underlying factual allegations likewise counsels against certification.

**IT IS SO ORDERED.**

Dated: January 16, 2026

Noël Wise
United States District Judge