UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E.M., et al.,

        Plaintiffs,

    v.

CALIFORNIA DEPARTMENT OF
EDUCATION, et al.,

        Defendants.

Case No. 24-cv-07397-NW

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, and the motion to dismiss orders, ECF Nos. 54, 92, 107, and 114, all of Plaintiff's federal claims are dismissed with prejudice, and all of the California state law claims are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Noël Wise
United States District Judge